AO 106 (Rev. 04/10) Application for a Search Warrant                    2026R00046

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE YOUTUBE CHANNEL: "WWW.YOUTUBE.COM/@DAWOKEFARMER" THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | **SEALED BY ORDER OF THE COURT**<br><br>Case No. 26-mj-207 (JFD) |

## APPLICATION FOR A SEARCH WARRANT

I, Timothy Gerber, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**See Attachment A, incorporated here**

located in the Northern District of California, there is now concealed:

**See Attachment B, incorporated here**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- X  evidence of a crime;
- X  contraband, fruits of crime, or other items illegally possessed;
- X  property designed for use, intended for use, or used in committing a crime;
- ___  a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 241 | Conspiracy Against Rights |
| Title 18, United States Code, Section 248(a)(2) | Interference with Religious Freedom at Place of Worship |

The application is based on these facts:

**See Affidavit, incorporated here**

- X  Continued on the attached sheet.

_____
*Applicant's Signature*

SUBSCRIBED and SWORN before me by reliable electronic means (FaceTime and USAfx) pursuant to Fed. R. Crim. P. 41(d)(3)

Timothy Gerber, Special Agent
HSI
*Printed Name and Title*

Date: _____

_____
*Judge's Signature*

City and State:  St. Paul, MN

The Honorable John F. Docherty
United States Magistrate Judge
*Printed Name and Title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE **YOUTUBE CHANNEL:** **"www.youtube.com/@DawokeFarmer"** THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 26-mj-207 (JFD) **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Timothy Gerber, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with a certain account that is OR stored at premises owned, maintained, controlled, or operated by Google LLC ("Google"), an electronic communications service and/or remote computing service provider headquartered at 1600 Amphitheater Parkway, Mountain View, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google to disclose to the government copies of the information (including the content of communications) further described in

1

Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2. I am a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI), and have so employed since March of 2025. In my capacity as a Special Agent, I am responsible for conducting investigations into the numerous federal laws enforced by HSI. Since March of 2025, I have investigated various criminal violations relating to child exploitation, assaults on federal officers, human rights violations, and immigration violations.

3. I am a graduate of the Federal Law Enforcement Training Center (FLETC), HSI Special Agent Training Program, having completed training in surveillance, search and arrest warrants, federal laws enforced by HSI, and federal criminal procedures. Prior to my tenure as a HSI Special Agent, I was employed as a Special Agent with the Internal Revenue Service, Criminal Investigation (IRS-CI), where I investigated various criminal violations relating to the Internal Revenue Code, money laundering, digital currency, and elder exploitation.

4. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 241 (Conspiracy against rights) and 18 U.S.C. § 248(a)(2) (Interference with Religious Freedom at Place of Worship) have been committed by William Scott KELLY ("KELLY"). There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, and/or fruits of these crimes further described in Attachment B.

## JURISDICTION

6.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

7.     Incorporate by reference to support the probable cause in this application are the factual statements detailed in that Indictment filed on January 29, 2026, for Case No. 26-cr-25.

8.     On January 18, 2026, two videos titled "No Rest For Demons! If you support Kristi Noem you are a demon!" and "Today we had the honor of protesting David Easterwood's church with Nekima Armstrong!!" were posted

3

to KELLY's YouTube channel. These videos showed the protest at Cities Church on January 18, 2026.

9.     On January 22, 2026, KELLY was arrested pursuant to a federal arrest warrant issued by the District of Minnesota for violation of 18 U.S.C. §§ 241 and 248(a)(2).

10.     On January 29, 2026, in the U.S. District Court of Minnesota, KELLY was indicted for violations of 18 U.SC §§ 241 and 248(a)(2).

11.     On February 9, 2026, a preservation request was served on Google LLC for KELLY's YouTube channel, "DawokeFarmer."

## BACKGROUND CONCERNING GOOGLE[1]

12.     Google is a United States company that offers to the public through its Google Accounts a variety of online services, including email, cloud storage, digital payments, and productivity applications, which can be accessed through a web browser or mobile applications. Google also offers to anyone, whether or not they have a Google Account, a free web browser called Google Chrome, a free search engine called Google Search, a free video

---

[1] The information in this section is based on information published by Google on its public websites, including, but not limited to, the following webpages: the "Law Enforcement Request System" page available to registered law enforcement at https://lers.google.com/signup_v2/landing; the product links on the "Google Help" page available at https://support.google.com/; or the products tab on the Google About page available at https://about.google/.

streaming site called YouTube, a free mapping service called Google Maps, and a free traffic tracking service called Waze. Many of these free services offer additional functionality if the user signs into their Google Account.

13.     In addition, Google offers an operating system ("OS") for mobile devices, including cellular phones, known as Android. Google also sells devices, including laptops, mobile phones, tablets, smart speakers, security cameras, and wireless routers. Users of Android and Google devices are prompted to connect their device to a Google Account when they first turn on the device, and a Google Account is required for certain functionalities on these devices.

14.     Signing up for a Google Account automatically generates an email address at the domain gmail.com. That email address will be the log-in username for access to the Google Account.

15.     Google advertises its services as "One Account. All of Google working for you." Once logged into a Google Account, a user can connect to Google's full suite of services offered to the general public, described in further detail below. In addition, Google keeps certain records indicating ownership and usage of the Google Account across services, described further after the description of services below.

16.     Google integrates its various services to make it easier for Google Accounts to access the full Google suite of services. For example, users

accessing their Google Account through their browser can toggle between Google Services via a toolbar displayed on the top of most Google service pages, including Gmail and Google Drive. Google Hangout, Meet, and Chat conversations pop up within the same browser window as Gmail. Attachments in Gmail are displayed with a button that allows the user to save the attachment directly to Google Drive. If someone shares a document with a Google Account user in Google Docs, the contact information for that individual will be saved in the user's Google Contacts. Google Voice voicemail transcripts and missed call notifications can be sent to a user's Gmail account. And if a user logs into their Google Account on the Chrome browser, their subsequent Chrome browser and Google Search activity is associated with that Google Account, depending on user settings.

17. When individuals register with Google for a Google Account, Google asks users to provide certain personal identifying information, including the user's full name, telephone number, birthday, and gender. If a user is paying for services, the user must also provide a physical address and means and source of payment.

18. Google typically retains and can provide certain transactional information about the creation and use of each account on its system. Google captures the date on which the account was created, the length of service, log-in times and durations, the types of services utilized by the Google Account,

6

the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website or using a mobile application), details about the devices used to access the account, and other log files that reflect usage of the account. In addition, Google keeps records of the internet protocol ("IP") addresses used to register the account and accept Google's terms of service, as well as the IP addresses associated with particular logins to the account. Because every device that connects to the internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the Google Account.

19. Google maintains the communications, files, and associated records for each service used by a Google Account on servers under its control. Even after a user deletes a communication or file from their Google Account, it may continue to be available on Google's servers for a certain period of time.

20. In my training and experience, evidence of who was using a Google account and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United

7

States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion.

21.     Based on my training and experience, messages, emails, voicemails, photos, videos, documents, and internet searches are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation.  Thus, stored communications and files connected to a Google Account may provide direct evidence of the offenses under investigation.

22.     In addition, the user's account activity, logs, stored electronic communications, and other data retained by Google can indicate who has used or controlled the account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, subscriber information may be evidence of who used or controlled the account at a relevant time.  As an example, because every device has unique hardware and software identifiers, and because every device that connects to the internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account.  Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

23.     Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information on the account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

24.     Other information connected to the use of a Google account may lead to the discovery of additional evidence. For example, the apps downloaded from the Google Play store may reveal services used in furtherance of the crimes under investigation or services used to communicate with co-conspirators. In addition, YouTube activity can lead to the identification of co-conspirators and instrumentalities of the crimes under investigation.

25.     Therefore, Google's servers are likely to contain stored electronic communications and information concerning subscribers and their use of Google services. In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users.

### CONCLUSION

26.     Based on the foregoing, I request that the Court issue the proposed search warrant.

27.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving the warrant on Google.  Because the warrant will be served on Google, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## REQUEST FOR SEALING

28.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until one year from the date of that Order.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify co-conspirators, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

_____

Timothy Gerber
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN before me by reliable electronic means
(FaceTime and USAfx) pursuant to Fed. R. Crim. P. 41(d)(3) on February ___,
2026.

_____

THE HONORABLE JOHN F. DOCHERTY
UNITED STATES MAGISTRATE JUDGE

11

## ATTACHMENT A

**Property to Be Searched:**

This warrant applies to information associated with YOUTUBE CHANNEL: www.youtube.com/@DawokeFarmer that is stored at premises owned, maintained, controlled, or operated by Google LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

This warrant requires Google LLC to provide all information in Attachment B within the possession, custody, or control of Google LLC, including any videos, records, files, logs, or information that has been deleted but is still available to Google LLC through the date of the execution of the search warrant.

i

# ATTACHMENT B

## Particular Things to be Seized:

**I.** Information to be disclosed by Google LLC ("Google")

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google is required to disclose to the government for each account or identifier listed in Attachment A the following information from January 1, 2026, through the date of execution of this warrant, unless otherwise indicated:

a. All business records and subscriber information, in any form kept, pertaining to the Account, including:

1. Videos posted to the above-described YouTube channel.

2. Names (including subscriber names, usernames, and screen names);

3. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

4. Telephone numbers, including SMS recovery and alternate sign-in numbers;

5. Records of session times and durations, and the temporarily assigned network addresses (such as internet

protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

6. Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, Google Voice numbers, and alternate sign-in numbers

7. Length of service (including start date and creation IP) and types of service utilized; and

8. Change history.

b. All device information associated with the Account, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

c. Records of user activity for each connection made to or from the Account(s), including, for all Google services, the date, time, length, and method of connection, data transfer volume, usernames, source and destination IP address, name of accessed Google service, and all activity logs.

Google is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

iii

**II.    Information to be seized by the government:**

All information described above in Section I, that constitutes fruits,

contraband, evidence, and/or instrumentalities of violations of 18 U.S.C. §§

241 and 248(a)(2), those violations involving **YOUTUBE CHANNEL:**

**"www.youtube.com/@DawokeFarmer"** including, for each Account or

identifier listed on Attachment A, information pertaining to the following

matters since January 1, 2026, through the date of execution of this warrant:

a.    Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

b.    Evidence indicating the Account owner's state of mind as it relates to the crime under investigation; and

c.    The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of

perjury by the laws of the United States of America pursuant to 28 U.S.C. §

1746, that the information contained in this certification is true and correct.

I am employed by Google LLC ("Google"), and my title is

_____.  I am qualified to authenticate the records

attached hereto because I am familiar with how the records were created,

managed, stored, and retrieved.  I state that the records attached hereto are

true duplicates of the original records in the custody of Google.  The attached

records consist of _____.

I further state that:

a.      all records attached to this certificate were made at or near the

time of the occurrence of the matter set forth by, or from information

transmitted by, a person with knowledge of those matters, they were kept in

the ordinary course of the regularly conducted business activity of Google,

and they were made by Google as a regular practice; and

b.      such records were generated by Google's electronic process or

system that produces an accurate result, to wit:

1

2

      1.     the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Google in a manner to ensure that they are true duplicates of the original records; and

      2.     the process or system is regularly verified by Google, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____

Date                     Signature